FILED
MAY 18 2018
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RENEE FEREBEE, )
)
Plaintiff, )
) Civil Action No. 1:18-cv-01039 (UNA)
)
BERNIECE JACKSON, )
)
Defendant. )

## MEMORANDUM OPINION

This matter is before the Court on its initial review of plaintiff's *pro se* complaint and application for leave to proceed *in forma pauperis*. The Court will grant the *in forma pauperis* application and dismiss the case because the complaint fails to meet the minimal pleading requirements of Rule 8(a) of the Federal Rules of Civil Procedure.

*Pro se* litigants must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires complaints to contain "(1) a short and plain statement of the grounds for the court's jurisdiction [and] (2) a short and plain statement of the claim showing that the pleader is entitled to relief." Fed. R. Civ. P. 8(a); *see Ashcroft v. Iqbal*, 556 U.S. 662, 678-79 (2009); *Ciralsky v. CIA*, 355 F.3d 661, 668-71 (D.C. Cir. 2004). The Rule 8 standard ensures that defendants receive fair notice of the claim being asserted so that they can prepare a responsive answer and an adequate defense and determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977). "A confused and rambling narrative of charges and conclusions . . . does not comply with the requirements of Rule 8." *Cheeks v. Fort Myer Constr. Corp.*, 71 F. Supp. 3d 163, 169 (D.D.C. 2014) (citation and internal quotation marks omitted).

Plaintiff, who holds herself out as an "attorney" and "original child of her heavenly father," brings this cause of action which arises out of several visits to United Medical Center Hospital. [Compl. at 1, ¶ 1; 2 ¶ 1; 3]. She alleges that she has interacted with the named defendant on these visits, and based on these interactions, plaintiff feels that she has been harassed, defamed, and that her civil rights have been generally violated. [Compl. at 1 ¶¶ 1, 3; 2 ¶ 1; 3]. Plaintiff further alleges that these incidents are indicative of a larger conspiracy, based on "…what everyone in society [has] been doing to [her] based on rumors." [Compl. at 2 ¶1]. She is now seeking "five hundred million dollars" or more. *Id.*

The wide-ranging allegations comprising the complaint fail to provide adequate notice of a claim. The complaint also fails to set forth allegations with respect to this Court's jurisdiction over plaintiff's entitlement to relief or a valid basis for an award of damages as pled. As drafted, the complaint fails to meet the minimum pleading standard set forth in Rule 8(a). Therefore, the Court will grant the plaintiff's application to proceed *in forma pauperis* and will dismiss the complaint. An Order consistent with this Memorandum Opinion is issued separately.

Date: May 17, 2018

_____
United States District Judge